UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| **SIDNEY ELAIR** | * | **CIVIL ACTION NO. 08 CV 1090** |
| **VERSUS** | * | **JUDGE MELANÇON** |
| **COMMISSIONER OF SOCIAL SECURITY** | * | **MAGISTRATE JUDGE HILL** |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **AFFIRMED,** and that this matter is hereby **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 12th day of November, 2009.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE